UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No.  5: 19-CR-007-DCR-1          At  Lexington          Date  May 24, 2019

USA vs Nancy Anabelle Garcia Zapata     X  present    X  custody    ___ bond    ___ OR    Age ___

**DOCKET ENTRY:** The defendant's objection to the Presentence Report ("PSR") regarding a two-level reduction in the offense level pursuant to USSG §3B1.2(b) is **OVERRULED**. The Court adopts the findings and guideline calculations set out in the PSR as well as the additional findings made on the record. The PSR shall be filed in the record under seal. The government's oral motion for a third-level reduction for acceptance credit is **SUSTAINED**. The statement read to the court and translated during allocution by the interpreter shall be filed in the record.

PRESENT:   HON. DANNY C. REEVES, U.S. DISTRICT JUDGE

| Lisa Moore | Peggy Weber | Marta Roller | Gary Todd Bradbury |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant   Jeffrey C. Rager       X  present    ___ retained    X  appointed

PROCEEDINGS:  **SENTENCING (non-evidentiary)**

  X    Objection to Presentence Report.

 ___   No objection to Presentence Report.

 ___   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

  X    Court's Advice of Right to Appeal provided to defendant.

  X    Transcript shall be deemed as written findings of Court.

  X    Judgment shall be entered (See Judgment & Commitment.)

  X    Defendant remanded to custody of U. S. Marshal.


Copies:  COR, USP, USM

Initials of Deputy Clerk:    lkm
TIC:    1/10

1